No. 80–291. MILLER *v.* MILLER. Sup. Ct. Mont. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McCarty* v. *McCarty, ante,* p. 210.

No. 80–578. MILHAN *v.* MILHAN. Sup. Ct. Cal. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *McCarty* v. *McCarty, ante,* p. 210.

No. 80–817. JIMINEZ *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Robbins* v. *California, ante,* p. 420.

No. 80–1037. CALIFORNIA *v.* SILVEY. Ct. App. Cal., 1st App. Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded to the Court of Appeal to consider whether its judgment is based upon federal or state constitutional grounds, or both. *California* v. *Krivda,* 409 U. S. 33 (1972).

No. 80–1080. BIBLE ET AL. *v.* LOUISIANA. Sup. Ct. La. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Robbins* v. *California, ante,* p. 420.

No. 80–1317. UNITED STATES *v.* BENSON. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *New York* v. *Belton, ante,* p. 454.

No. 80–1469. CUTTITTA *v.* CUTTITTA. Ct. App. Cal., 4th App. Dist. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *McCarty* v. *McCarty, ante,* p. 210.